# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TODD HOLMES,
Reg. #22817-009, et al.                                                                    PLAINTIFFS

V.                                    4:13CV00294 SWW/JTR

DOC HALLADAY,
Pulaski County Sheriff, et al.                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed.[1] After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Plaintiffs Salgado, Wheeler, Nelson, England, Bledsoe, Presley, Tillman, King, and Tadrin are DISMISSED, WITHOUT PREJUDICE, so they may, if they so choose, pursue their claims in *separately filed* § 1983 actions.

2.     The Clerk is directed to mail Plaintiffs Salgado, Wheeler, Nelson,

---

[1] Plaintiff Holmes filed a substituted complaint as well as a motion to proceed *in forma pauperis* and a motion for copies on June 4, 2013.

England, Bledsoe, Presley, Tillman, King, and Tadrin separate § 1983 Complaint forms and *In Forma Pauperis* Applications.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

4. The Complaint (Doc. #2) is STRICKEN FROM THE RECORD.

5. Plaintiff Holmes must, **within thirty days of the entry of this Order**, file a Substituted Complaint that complies with the instructions in the Recommended Partial Disposition.

6. Plaintiff Holmes is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 6th day of June, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE